**4: CV 00-1231**

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HAEBAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Middle District of Pennsylvania |
|---|---|
| Name Craig A. West | Prisoner No. BM-5927 | Case No. 2283 CD1990 |
| Place of Confinement | State Correctional Institution at Albion<br>10745, Route 18<br>Albion, PA 16475-0002 |
| Name of Petitioner (include name under which convicted)<br>Craig A. West | v. | Name of Respondent (authorized person having custody of petitioner)<br>Edward T. Brennan |
| The Attorney General of the State of: Pennsylvania | |

FILED
SCRANTON
JUL 1 0 2000
PER ____
DEPUTY CLERK

## PETITION

1. Name and location of court which entered the judgment of conviction under attack, Dauphin County
   Court of Common Pleas, Harrisburg, PA.

2. Date of judgment of conviction  April 22, 1991

3. Length of sentence  10 years to 20 years

4. Nature of offense involved (all counts)  Rape - One (1) Count, Involuntary Deviate Sexual Intercourse - One (1) Count. Found not Guilty for Kidnapping - One (1) Count.

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  Denied

(6) Date of result  August 7, 1998

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Superior Court of PA.

(2) Nature of proceeding  Motion for Post Conviction Coolateral Relief

(3) Grounds raised  Ineffective Assistance of Counsel, Honorable Courts Abuse of Authority.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  Denied

(6) Date of result  July 28, 1999

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒   No ☐
(2) Second petition, etc.    Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

C. Ground three: Denial of Right to Appeal.

Supporting FACTS (state *briefly* without citing cases or law): Defense Counsel refused to file a motion for modification of sentence. Counsel also refuesd to appeal the sentence to the Superior Court.

D. Ground four

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Honorable Courts Abuse of Authority. An additional count of each Rape and IDSI has been added to my sentence (Count 2 - Rape and IDSI, and Count 3 - Rape and IDSI again), only just discovered at my Parole, Hearing and a factor of my denial of parole.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing Thomas Thornton, Dauphin County Public Defender;s office.
    (b) At arraignment and plea Thomas Thorton, Dauphin County Public Defender's Office.

(6)

Supporting Facts Continued

Ground One: Denial of effect assistance of counsel.

stating, "defendant was under investigation for other non-related crimes." Counsel ineffective for not objecting to District Attorney statement in his closing, "Why would a women with everything want to be with a man like you who has nothing." Counsel ineffective for not motioning the Judge to recues himself after stating, "I have a more vested interest than anybody." Counsel ineffective for telling me that I had to take the stand in the middle of trial, after he knew that Judge morgan had held seconds suppression hearing so that he could use statement to impeach my testamony. Counsel ineffective for not calling me to the stand during suppression hearings so that I could challenge the evidence against me. Counsel ineffective for not informing me of the right to poll jury, after such adverse verdicts were returned in view of instructions given. Counsel ineffective for failing to request instructions of failure to make prompt complaint and/or failing to object to the trial courts jury instructions.

Ground two: Honorable Courts Abue of Authority.

Judge Morgan was bias or prejudiced for using my Race against me throughout the trial, especially in view of there being no Native Americans seated on the jury. Judge erred in that the reasons stated for sentence were not adaquate to support his sentence. Judge erred when presenting my charges on court committment papers, so that an extra charge each of Rape and invountary Deviate sexual Intercourse was added to my sentence, without benefit of trial or conviction.

# United States District Court

MIDDEE                               DISTRICT OF                    PENNSYLVANIA

Craig A. West

v.

Edward T. Brennan

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, __Craig A. West__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff     [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Denial of Effective Assistance of Counsel
Honorable Court's Abuse of Authority
Denial of Right to Appeal

In further support of this application, I answer the following questions.

1. Are you presently employed?                                       Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
      I work as an Imate Clerk at SCI-Albion, for $.42 an hour. I have a monthly salery of $67.20

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [X]
   d. Gifts or inheritances?                                   Yes [X]   No [ ]
   e. Any other sources?                                       Yes [ ]   No [X]

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING          DATE  5/31/2000
REMOTE PRINT TIME 12:31             FROM PURGE FILE               PAGE         1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| BM5927 | WEST | CRAIG | A | 10.79 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 15 | 10-07-1999 | 10 | MAINTENANCE PAYROLL 9/5-10/2/99      PAY GROUP 4 | 60.80 | 71.59 |
| 8281 | 10-08-1999 | 32 | ALB COMMISSARY FOR 10/08/1999 | -10.69 | 60.90 |
| 98 | 10-14-1999 | 31 | OUTSIDE PURCHASES RELIANCE COLOR LABS, INC. | -12.50 | 48.40 |
| 8288 | 10-15-1999 | 32 | ALB COMMISSARY FOR 10/15/1999 | -9.62 | 38.78 |
| 115 | 10-18-1999 | 37 | POSTAGE | -.77 | 38.01 |
| 8294 | 10-21-1999 | 32 | ALB COMMISSARY FOR 10/21/1999 | -5.77 | 32.24 |
| 8294 | 10-21-1999 | 34 | ALB CABLE TV FOR 10/22/1999 | -10.25 | 21.99 |
| 197 | 10-25-1999 | 36 | PRINTED MATERIALS INDIAN COUNTRY COMMUNICATIONS | -11.95 | 10.04 |
| 212 | 10-26-1999 | 37 | POSTAGE | -1.80 | 8.24 |
| 212 | 10-26-1999 | 37 | POSTAGE | -.77 | 7.47 |
| 8301 | 10-28-1999 | 32 | ALB COMMISSARY FOR 10/28/1999 | -7.28 | .19 |
| 318 | 11-05-1999 | 10 | MAINTENANCE PAYROLL 10/3-10/30/99     PAY GROUP 4 | 60.80 | 60.99 |
| 8317 | 11-13-1999 | 32 | ALB COMMISSARY FOR 11/13/1999 | -17.12 | 43.87 |
| 8322 | 11-18-1999 | 32 | ALB COMMISSARY FOR 11/18/1999 | -13.05 | 30.82 |
| 8322 | 11-18-1999 | 34 | ALB CABLE TV FOR 11/18/1999 | -10.25 | 20.57 |
| 498 | 11-23-1999 | 37 | POSTAGE | -.55 | 20.02 |
| 8330 | 11-26-1999 | 32 | ALB COMMISSARY FOR 11/26/1999 | -12.34 | 7.68 |
| 546 | 11-30-1999 | 38 | INSIDE PURCHASES VENDA CARD | -5.00 | 2.68 |
| 8337 | 12-03-1999 | 32 | ALB COMMISSARY FOR 12/03/1999 | -2.66 | .02 |
| 650 | 12-09-1999 | 10 | MAINTENANCE PAYROLL 10/31/99-12/04/99 PAY GROUP 4 | 76.00 | 76.02 |
| 663 | 12-10-1999 | 13 | PERSONAL GIFT FROM TABOR, TOMMIE        E474729 | 10.00 | 86.02 |
| 704 | 12-14-1999 | 37 | POSTAGE | -.77 | 85.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 700 | 12-14-1999 | 13 | PERSONAL GIFT FROM | | | |
| | | | GAITHER, JOHN | E469307 | 25.00 | 110.25 |
| 710 | 12-15-1999 | 13 | PERSONAL GIFT FROM | | | |
| | | | METEYE, MARY | E634053 | 25.00 | 135.25 |
| 719 | 12-15-1999 | 37 | POSTAGE | | | |
| | | | | | -.77 | 134.48 |
| 719 | 12-15-1999 | 37 | POSTAGE | | | |
| | | | | | -.77 | 133.71 |
| 719 | 12-15-1999 | 37 | POSTAGE | | | |
| | | | | | -2.20 | 131.51 |
| 719 | 12-15-1999 | 37 | POSTAGE | | | |
| | | | | | -1.21 | 130.30 |
| 728 | 12-15-1999 | 31 | OUTSIDE PURCHASES | | | |
| | | | ACCESS | | -22.00 | 108.30 |
| 8350 | 12-16-1999 | 32 | ALB COMMISSARY | | | |
| | | | FOR 12/16/1999 | | -30.31 | 77.99 |
| 8350 | 12-16-1999 | 34 | ALB CABLE TV | | | |
| | | | FOR 12/16/1999 | | -10.25 | 67.74 |
| 8357 | 12-23-1999 | 32 | ALB COMMISSARY | | | |
| | | | FOR 12/23/1999 | | -18.44 | 49.30 |
| 8364 | 12-30-1999 | 32 | ALB COMMISSARY | | | |
| | | | FOR 12/30/1999 | | -11.13 | 38.17 |
| 909 | 01-04-2000 | 38 | INSIDE PURCHASES | | | |
| | | | VENDA CARD | | -5.00 | 33.17 |
| 931 | 01-05-2000 | 37 | POSTAGE | | | |
| | | | | | -.77 | 32.40 |
| 955 | 01-07-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | 12/5/99-1/1/00 | PAY GROUP 4 | 60.80 | 93.20 |
| 8007 | 01-07-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 1/07/2000 | | -14.30 | 78.90 |
| 8013 | 01-13-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 1/13/2000 | | -18.85 | 60.05 |
| 8021 | 01-21-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 1/21/2000 | | -10.05 | 50.00 |
| 1099 | 01-24-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 49.45 |
| 8025 | 01-25-2000 | 34 | ALB CABLE TV | | | |
| | | | FOR 1/25/2000 | | -10.25 | 39.20 |
| 8027 | 01-27-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 1/27/2000 | | -16.66 | 22.54 |
| 1188 | 01-31-2000 | 38 | INSIDE PURCHASES | | | |
| | | | VENDA CARD | | -5.00 | 17.54 |
| 1247 | 02-03-2000 | 10 | MAINTENANCE PAYROLL | | | |
| | | | 1/2-1/29/00 | PAY GROUP 4 | 53.20 | 70.74 |
| 8034 | 02-03-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 2/03/2000 | | -11.89 | 58.85 |
| 1300 | 02-08-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 58.30 |
| 1300 | 02-08-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 57.75 |
| 1300 | 02-08-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 57.20 |
| 1300 | 02-08-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 56.65 |
| 8041 | 02-10-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 2/10/2000 | | -10.59 | 46.06 |
| 1396 | 02-15-2000 | 37 | POSTAGE | | | |
| | | | | | -.55 | 45.51 |
| 8048 | 02-17-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 2/17/2000 | | -12.86 | 32.65 |
| 8056 | 02-25-2000 | 32 | ALB COMMISSARY | | | |
| | | | FOR 2/25/2000 | | -12.25 | 20.40 |
| 8060 | 02-29-2000 | 34 | ALB CABLE TV | | | |
| | | | FOR 3/01/2000 | | -10.25 | 10.15 |
| 1635 | 03-06-2000 | 44 | ORGANIZATIONAL | | | |
| | | | C.E.O. NW LITTLE GRIDDERS | | -6.25 | 3.90 |

```
 1685   03-09-2000   10   MAINTENANCE PAYROLL
                          1/30-3/4/2000      PAY GROUP 4    66.50    70.40
 8069   03-09-2000   32   ALB COMMISSARY
                          FOR   3/09/2000                   -3.81    66.59
 8076   03-16-2000   32   ALB COMMISSARY
                          FOR   3/16/2000                  -24.73    41.86
 1797   03-20-2000   38   INSIDE PURCHASES
                          VENDA CARD                        -5.00    36.86
 8088   03-28-2000   34   ALB CABLE   TV
                          FOR   3/28/2000                  -10.25    26.61
 8090   03-30-2000   32   ALB COMMISSARY
                          FOR   3/30/2000                  -18.74     7.87
 8097   04-06-2000   32   ALB COMMISSARY
                          FOR   4/06/2000                   -7.37      .50
 2021   04-07-2000   10   MAINTENANCE PAYROLL
                          3/5-4/1/00         PAY GROUP 4    53.20    53.70
 2055   04-10-2000   44   ORGANIZATIONAL
                          C.E.O. ICE CREAM                  -2.75    50.95
 2057   04-11-2000   37   POSTAGE
                                                             -.55    50.40
 8104   04-13-2000   32   ALB COMMISSARY
                          FOR   4/14/2000                  -16.01    34.39
 2147   04-18-2000   37   POSTAGE
                                                             -.55    33.84
 2183   04-20-2000   38   INSIDE PURCHASES
                          VENDA CARD                        -5.00    28.84
 8111   04-20-2000   32   ALB COMMISSARY
                          FOR   4/20/2000                   -5.76    23.08
 8116   04-25-2000   34   ALB CABLE   TV
                          FOR   4/25/2000                  -10.25    12.83
 8118   04-27-2000   32   ALB COMMISSARY
                          FOR   4/27/2000                   -9.58     3.25
 2352   05-05-2000   10   MAINTENANCE PAYROLL
                          4/2-4/29/00        PAY GROUP 4    67.20    70.45
 8126   05-05-2000   32   ALB COMMISSARY
                          FOR   5/08/2000                   -3.16    67.29
 2417   05-10-2000   44   ORGANIZATIONAL
                          C.E.O. ICE CREAM                  -5.50    61.79
 2434   05-11-2000   37   POSTAGE
                                                             -.77    61.02
 8133   05-12-2000   32   ALB COMMISSARY
                          FOR   5/13/2000                  -17.74    43.28
 8139   05-18-2000   32   ALB COMMISSARY
                          FOR   5/18/2000                  -13.29    29.99
 2538   05-19-2000   37   POSTAGE
                                                            -2.31    27.68
 2538   05-19-2000   37   POSTAGE
                                                            -2.31    25.37
 2549   05-22-2000   38   INSIDE PURCHASES
                          VENDA CARD                        -5.00    20.37
 8146   05-25-2000   32   ALB COMMISSARY
                          FOR   5/25/2000                   -9.04    11.33
 8151   05-30-2000   34   ALB CABLE   TV
                          FOR   5/30/2000                  -10.25     1.08

                          BALANCE AFTER THESE TRANSACTIONS------>     1.08
```