IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG A. WEST, | : CIVIL ACTION NO.  1:00-1231 |
| Petitioner | : (CALDWELL ,J.) |
| v. | : (DURKIN, M.J.) |
| EDWARD T. BRENNAN, <u>et al.</u>, | : |
| Respondents | : |

FILED
SCRANTON

OCT 2 3 2000

PER _____ DEPUTY CLERK

O R D E R

IT IS HEREBY ORDERED THAT:

(1) Respondent, within twenty (20) days of the date of this order, shall respond as to the allegations in this petition for writ of habeas corpus in the manner required by Rule 5, 28 U.S.C.A. foll. Section 2254;

(2) A determination as to whether or not the petitioner should be produced for a hearing will be held in abeyance pending the filing of a response;

(3) Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing; and

(4) The clerk is directed to serve the petition on the Attorney General of the State of Pennsylvania and the District Attorney for Dauphin County, Pennsylvania.

RAYMOND J. DURKIN
United States Magistrate Judge

Date: October 20, 2000

1

WARDEN
Edward T. Brennan
SCI- ALBION
10745, Route 18
Albion, PA 16475

John F. Cherry
DA of Dauphin County
Front & Market Streets
Harrisburg, PA 17101

Attorney General of PA
15th Floor
Strawberry Square
Harrisburg, PA 17108

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 23, 2000

Re: 1:00-cv-01231   West v. Brennan

True and correct copies of the attached were mailed by the clerk
to the following:

      Craig A. West
      SCI-ALBION
      BM-5927
      10745 Rt. 18
      Albion, PA  16475-0001

cc:
Judge                          (  )
Magistrate Judge               (  )
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  )  with N/C attached to complt. and served by:
                                     U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (X)  with Petition attached & mailed certified mail
                                     to: US Atty Gen   (  )  PA Atty Gen (  )
                                         DA of County  (  )  Respondents (  )
Bankruptcy Court               (  )
Other_____        (  )

MARY E. D'ANDREA, Clerk

DATE: ___10/11/0___                 BY: _____
                                        Deputy Clerk